UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:00-CR-61 |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| JAMES DONOVAN FORD | ) | |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

THIS MATTER is before the Court on an Order of Remand, filed July 16, 2010, from the

Fourth Circuit Court of Appeals for additional proceedings.

IT IS, THEREFORE, ORDERED that the United States Marshal have the defendant

**James Donovan Ford (16024-058)** present in Charlotte, North Carolina not later than May 8,

2011, for re-sentencing on **May 10, 2011, at 10:00 a.m.**

The Clerk is directed to certify copies of this Order to the defendant, defendant's counsel,

the United States Attorney, the United States Marshal Service, and the United States Probation

Office for the Western District of North Carolina.

Signed: April 7, 2011

Graham C. Mullen
United States District Judge